UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER BABAITSEV, | |
| *Plaintiff*, | CASE NO.   CV13-01275 BJR |
| v. | |
| | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| *Defendant*. | |

## ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS AND GRANTING MOTION FOR ATTORNEY'S FEES

On April 25, 2014, Magistrate Judge Donohue issued a Report and Recommendation [20] that this case be reversed and remanded to the Commissioner.  There has been no objection to the Report and Recommendation.  In addition, on May 7, 2014, Plaintiff filed a Motion for Attorney's Fees [21].  Defendant has indicated that it does not oppose the motion.

Accordingly, IT IS HEREBY ORDERED:

(1)     The Court adopts the Report and Recommendation.

(2)     The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)     Plaintiff's Motion for Attorney's fees is GRANTED.

(4)     The Clerk of the Court is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

1

**IT IS SO ORDERED.**

DATED this 9th day of June, 2014.

*Barbara J. Rothstein*

———————————————
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE